## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 25-02693-FWS (ADSx) | Date | February 12, 2026 |
|---|---|---|---|
| Title | Matthew Huston v. LEGO Brand Retail, Inc. et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Miriam Baird |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Arsine Grigoryan                                      Emma Catherine Cunningham
Aram Boyadjian

**PROCEEDINGS:     PLAINTIFF'S MOTION TO REMAND [18]**

Motion hearing held.   The Court hears oral arguments from the parties.   The Court takes the Motion under submission.   Order to issue.

:     23

Initials of Deputy Clerk     rrp

CC: